UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| ESPARZA ENTERPRISES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BENEFITS ADMINISTRATION AND INSURANCE SERVICES, LLC, a California Limited Liability Company; and DOES 1 through 20,<br><br>Defendants.<br><br>—<br><br>AND RELATED CROSS-COMPLAINTS. | Case No.: 1:25-cv-01210-CDB<br>Judge: Hon. Christopher D. Baker<br>Complaint Filed: July 21, 2025<br>Trial Date: None<br><br>**~~[PROPOSED]~~ ORDER ON JOINT STIPULATION EXTENDING DEADLINES REGARDING AMENDED MOTION TO REMAND AND RULE 26(A)(1) INITIAL DISCLOSURES** |

## ~~[PROPOSED]~~ ORDER

This Court has reviewed the parties' Joint Stipulation Extending Deadlines Regarding Amended Motion to Remand and Rule 26(a)(1) Initial Disclosures. Good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff shall file and serve an Amended Motion to Remand on or before September 7, 2026.
2. Plaintiff, Defendant and Third Party Defendant shall file and serve their respective Rule 26(a)(1) Initial Disclosures on or before September 7, 2026.

IT IS SO ORDERED.

Dated: **August 24, 2026**

UNITED STATES MAGISTRATE JUDGE